```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                          :
GENE BARNETTE, *et al.*,                :

                                          :
                                 Plaintiffs,   :
                                          :            1:25-cv-7936-GHW
                        -against-                   :
                                          :                  <u>ORDER</u>
3M COMPANY, *et al.*,                    :

                                          :
                                 Defendants.   :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        This action was removed from the Supreme Court of the State of New York, County of New York, on September 24 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than October 8, 2025. Additionally, counsel for Plaintiffs and all counsel for Defendants who appeared in the state action are directed to promptly file a notice of appearance in this case. Counsel for Defendant 3M Company is directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

        SO ORDERED.

Dated: September 29, 2025
          New York, New York

                                                       GREGORY H. WOODS
                                                    United States District Judge