USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                      :
GENE BARNETTE, *et al.*,                    :

                                                      Plaintiffs,  :
                                                                    :          1:25-cv-7936-GHW
                                 -against-            :
                                                                    :              ORDER
3M COMPANY, *et al.*,                        :

                                                   Defendants.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 27, 2025, this case was transferred to the *In re Aqueous Film-Forming Foams Products Liability* multidistrict litigation. Dkt. No. 10. Accordingly, the initial pretrial conference before the Court scheduled for February 12, 2026 is adjourned *sine die*.

SO ORDERED.

Dated: October 27, 2025
       New York, New York

                                                           GREGORY H. WOODS
                                                           United States District Judge